UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 97-6437

LARRY JEROME BROOKS,

Plaintiff - Appellant,

versus

M. N. BARKER, Individually and as a City
Police Officer,

Defendant - Appellee,

and

CITY OF WINSTON-SALEM,

Defendant.

Appeal from the United States District Court for the Middle District of North Carolina, at Winston-Salem. Paul Trevor Sharp, Magistrate Judge. (CA-94-80-6)

Submitted: July 10, 1997          Decided: July 23, 1997

Before RUSSELL, HALL, and MURNAGHAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Larry Jerome Brooks, Appellant Pro Se. Gusti Wiesenfeld Frankel, Ursula Marie Henninger, WOMBLE, CARLYLE, SANDRIDGE & RICE, Winston-Salem, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the magistrate judge's order denying relief on his 42 U.S.C. § 1983 (1994) complaint.[*] We have reviewed the record and the magistrate judge's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the magistrate judge. <u>Brooks v. City of Winston-Salem</u>, No. CA-94-80-6 (M.D.N.C. Mar. 19, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] The parties consented to the jurisdiction of a magistrate judge under 28 U.S.C. § 636(c) (1994).

2